## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS AT KANSAS CITY

| | | |
|---|---|---|
| **KIRK BAXTER and LISA BAXTER,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | Case No.    2:19-cv-2179-CM-TJJ |
| **v.** | ) | |
| | ) | |
| **CENTRAL RV, INC.** | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| **and** | ) | |
| | ) | |
| **NICHOLAS RUSSELL FORD,** | ) | |
| **a/k/a NICK FORD** | ) | |
| | ) | |
| **Defendants.** | ) | |

## STIPULATION OF DISMISSAL

COME NOW, Plaintiffs Kirk and Lisa Baxter and Defendants Central RV, Inc. and Nicholas Russel Ford, by and through their respective counsel of record, and hereby stipulate to the dismissal of all claims and causes in this case with prejudice, pursuant to Rule 41(a)(1)(ii), with each party to bear its own costs and fees.

Respectfully submitted,

| | |
|---|---|
| */s/ Mark W. Schmitz* | */s/ Allison L. Greenfield* |
| Bryce B. Bell            KS#20866 | Derek H. MacKay      KS#23213 |
| Mark W. Schmitz     KS#27538 | Allison L. Greenfield  KS#25438 |
| Bell Law, LLC | Knight NiCastro MacKay, LLC |
| 2600 Grand Blvd., Suite 580 | 304 W. 10th Street |
| Kansas City, MO 64108 | Kansas City, MO 64105 |
| T: 816-886-8206 | T: 816-708-0165 |
| F: 816-817-8500 | F: 303-845-9299 |
| Bryce@BellLawKC.com | mackay@knightnicastro.com |
| MS@BellLawKC.com | greenfield@knightnicastro.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |